# MEMORANDUM

To:       Mo Hamoudi
From:     Chevy Echeverria, Inv.
Date:     July 23, 2022,
Case:     Joey GEORGE,
Subject:

On the above date I met with attorneys Mo Hamoudi and Gregory Geist at the client's residence in Lynnwood.  We contacted his mother, Lucy GEORGE and introduced ourselves.

Attorney Hamoudi explained that we wanted to obtain information about Joey's home life before his arrest.  Lucy agreed to speak with us.  She stated the following in essence:

1. Joey's arrest came as a shock to her and her family.

2. Lucy has health issues and needs a walker to move around.  Joey is her caretaker.  Even though he does not drive, he makes sure that she gets the transportation needed to get to her medical appointments.  Joey takes care of the house by cleaning and washing clothes for her.  Joey does the grocery shopping for her.  He has always been very attentive to her needs.  Lucy described Joey as a good son, very protective of her.  He makes sure that she has what she needs including help with her sleep apnea.

3. Joey has always been a very quiet person.  He does not go out of the house much and when he is not helping her out he spends most of his time in his room.  He collects Hot Wheels model cars and plays video games.  He likes to watch wrestling and Netflix.  When he does play with friends they are his cousins as he does not have friends out of the family circle. Lately his cousins started spending less time with him as they got married and had to deal with having their own children and lives out of Joey's circle.

4. Joey attended Gypsy Roma School in Hawaii until he was about 12 or 13 years old.

FEDERAL PUBLIC DEFENDER, WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700, Seattle, Washington 98101 – Phone (206) 553-1100 – Fax (206) 553-0120

Memo: Joey GEORGE, Interview with Lucy GEORGE, (mother)
Date: July 23, 2022
Page 2

5. Joey does not use hard drugs or alcohol that she is aware of.

6. Joey has never been in trouble with the police.

7. Lucy is aware that Joey is attending counseling and is taking medication for what she described as PTSD.  She believes it is Prozac.

8. Lucy plans to attend his court hearing on Monday July 25, 2022.

------------------------End of Memo -------------------------------------

**Ex 2, p. 2**